1024

[No. 42374-0-II. Division Two. February 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSTISLAV VIKTOR IZHEVSKIY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00572-0, Michael H. Evans, J., entered June 23, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 42417-7-II. Division Two. February 21, 2013.]

TORI A. KRUGER-WILLIS, *Appellant*, v. HEATHER HOFFENBURG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-2-00653-4, Toni A. Sheldon, J., entered June 27, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 42434-7-II. Division Two. February 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL WAYNE BURGESS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04683-8, Beverly G. Grant, J., entered August 2, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren and Penoyar, JJ.

[No. 42448-7-II. Division Two. February 21, 2013.]

DIANA PERSON ET AL., *Petitioners*, v. GREGORY L. BOWMAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-11888-0, Elizabeth P. Martin, J., entered July 22, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.